■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. MONTULLI, Appellant. [959 NYS2d 85]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered May 19, 2011. The judgment convicted defendant, upon his plea of guilty, of kidnapping in the second degree, criminal contempt in the first degree, criminal mischief in the third degree and criminal contempt in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.